# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ammed Hassan,<br><br>Petitioner,<br><br>v.<br><br>Charles L Ryan, et al.,<br><br>Respondents. | No. CV-18-02628-PHX-SRB (CDB)<br><br>**ORDER** |

On March 15, 2019 Petitioner, Hammed Hassan, filed a Motion for Release Pending Appeal-Bond. In his motion he states that he should be released pending the adjudication of his Petition for Writ of Habeas Corpus because his Petition raises a "substantial question of law and fact which is likely if Petitioner prevails to result in a reversal of sentencing." He asserts that his claims present a close question upon which reasonable judges could differ as to whether he is entitled to relief. On March 18, 2019 the Magistrate Judge issued her Report and Recommendation setting out the standard applicable to release pending a habeas petition. That standard requires the showing of an extraordinary case involving special circumstances or a high probability of success. The Magistrate Judge concluded that there was no claim of any special circumstances and that Petitioner had failed to show a high probability of success.

Petitioner filed timely written objections to which the Government responded in opposition. Petitioner does not contest the Magistrate Judge's finding that there were no

special circumstances but now argues that there is a high probability of success in contrast to his statement in his motion that there are substantial questions and reasonable judges could differ on his entitlement to relief. The Government argues in its response that Petitioner has a low probability of success because his claims are not cognizable on habeas review, procedurally defaulted, or without merit as demonstrated in its Limited Answer (Doc. 13).

The record in this case shows that Petitioner was convicted after a jury trial and on appeal his court appointed attorney was unable to find any arguable grounds for reversal. Similarly, counsel who was appointed for Petitioner's Petition for Post-Conviction Relief in state court was unable to find any grounds to argue for Post-Conviction Relief. Petitioner filed his own brief on appeal and his own Supplemental Petition for Post-Conviction Relief both of which were denied. The present Petition for Writ of Habeas Corpus raises common claims seen in many petitions and nothing in that Petition nor in Petitioner's Objections to the Magistrate Judge's Report and Recommendation meets the high standard of an extraordinary case involving a high probability of success.

IT IS ORDERED overruling Petitioner's Objections to Magistrate Judge's Report and Recommendation.

IT IS FURTHER ORDERED adopting the Report and Recommendation of the Magistrate Judge as the order of this Court.

IT IS FURTHER ORDERED denying Petitioner's Motion for Release Pending Appeal-Bond. (Doc. 29)

Dated this 22nd day of April, 2019.

_____
Susan R. Bolton
United States District Judge